IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



BANNER LIFE INSURANCE COMPANY,
Plaintiff,

v.  Civil Action No. 2:11cv198

JOHN W. BONNEY
as Administrator of
the ESTATE OF CLYDE B. PITCHFORD, JR., et al.
Defendants.

## OPINION AND ORDER

This matter is before the Court upon the Motion of Attorney John W. Bonney and the Law Office of John W. Bonney, P.C. ("Attorney John Bonney"), as Administrator of the Estate of Clyde B. Pitchford, Jr. ("the Estate"), For Leave ToWithdraw As Counsel, filed with this Court on September 30, 2011.

By Order of the Circuit Court of Southampton County, dated September 29, 2011, Attorney John Bonney has been disqualified as the Administrator of the Estate. Having been disqualified as administrator, Attorney John Bonney no longer has any legal right to act as the Estate's fiduciary, nor may he file any legal documents on behalf of the Estate in this action. Because discovery has not commenced in this matter and no trial date has been set, the Estate will suffer prejudice due to Attorney John Bonney's withdrawal.

Defendants Howard Lewin, Barbara Lewin, Scott M. Lewin, Barbara Chambers, Leanne F. Eben, Samuel Gerstein, Barry L. Kahn, Yolanda Kahn, Sunwest Trust, Inc. FBO Barry L. Kahn Roth IRA, Sunwest Trust FBO Barbara G. Lewin IRA, Sunwest Trust, Inc. FBO Scott M. Lewin IRA, and Donald Thrailkill ("Lewin Group Defendants") filed a Response to Attorney

John Bonney's Motion For Leave To Withdraw on October 11, 2011. The Lewin Group Defendants concur that Attorney John Bonney should be granted leave to withdraw.

For the reasons stated herein, Attorney John Bonney is hereby permitted to **WITHDRAW** as Counsel for the Estate of Clyde B. Pitchford, Jr. The Clerk is **DIRECTED** to transmit a copy of this Order to the all Counsel of Record.

**IT IS SO ORDERED.**

Norfolk, Virginia

/s/
Robert G. Doumar
Senior United States District Judge

October 18, 2011